UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS D. MURPHY, PH.D., | No. 2:13-cv-02315-GEB-AC |
| Plaintiff, | |
| v. | **STATUS (PRETRIAL SCHEDULING) ORDER** |
| UNITED STATES FOREST SERVICE; THOMAS TIDWELL, in his official capacity as Chief of the United States Forest Service; NANCY J. GIBSON, in her official capacity as Forest Supervisor of the United States Forest Service, | |
| Defendants. | |

The status (pretrial scheduling) conference scheduled for hearing on February 3, 2014, is vacated since the parties' Joint Status Report filed on January 17, 2014 ("JSR") indicates the following Order should issue.

<u>SERVICE, JOINDER OF ADDITIONAL PARTIES, AMENDMENT</u>

The parties state in the JSR: "Plaintiff anticipates and Defendants stipulate to the filing of an amended complaint in February 6, 2014, pursuant to Fed. R. Civ. P. 15(a)(2)." (JSR 2:11-12.)

1

Other than the referenced amendment, no further service, joinder of parties or amendments to pleadings is permitted, except with leave of Court for good cause shown.

### DISCOVERY

The parties state this "action arises under the [Administrative Procedure Act ("APA")]," and "the parties do not anticipate the need for discovery." (JSR 3:7, 3:22.) Since reason has not been stated justifying discovery other than the administrative record, this order does not authorize additional discovery.

### MOTION HEARING SCHEDULE

The parties state in the JSR: "Because this matter is governed by the APA, the parties anticipate that it can be resolved by summary judgment." (Id. at 3:14-15.) The parties' proposed briefing schedule on cross motions for summary judgment is adopted, as modified, as follows:

Plaintiff's Motion for Summary Judgment shall be filed on or before September 22, 2014;

Defendants' Opposition and Cross-Motion for Summary Judgment shall be filed on or before October 20, 2014;

Plaintiff's Opposition and Reply shall be filed on or before November 24, 2014; and

Defendants' Reply shall be filed on or before December 15, 2014.

The hearing on the cross motions shall be noticed for January 20, 2015.

### FURTHER STATUS CONFERENCE

In the event the referenced cross motions do not

1 dispose of the case in its entirety, a further status conference
2 is scheduled to commence at 9:00 a.m. on March 3, 2015.  A joint
3 status report shall be filed fourteen (14) days before the status
4 conference, in which the parties shall address all pertinent
5 subjects set forth in Local Rule 240(a).
6      IT IS SO ORDERED.
7 Dated:  January 28, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3