BENJAMIN B. WAGNER
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS D. MURPHY,<br><br>    Plaintiff,<br>  v.<br><br>UNITED STATES FOREST SERVICE; TOM TIDWELL, in his official capacity as Chief of the United States Forest Service; and NANCY J. GIBSON, in her official capacity as Forest Supervisor of the United States Forest Service,<br><br>    Defendants | CASE NO.  13-cv-02315-GEB-AC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

   Plaintiff served its Complaint in this matter on November 13, 2013.  Pursuant to Federal Rule of Civil Procedure 4(i), Defendants' responsive pleading was due on January 13, 2014.  The parties stipulated to an extension of 15 days, up to and including January 28, 2014, for Defendants to respond.  In submitting the Joint Status Report, Plaintiff indicated that he would amend their Complaint to add claims, and filed a First Amended Complaint on February 6, 2014.  (Dkt. No. 13)  Defendants' response is presently due on or about February 20, 2014.  The Court entered a Scheduling Order in this matter requiring Plaintiff to file a motion for summary judgment on or before September 22, 2014, and Defendants' to file any cross-motion by October 20, 2014.  (Dkt. No. 14).

   Since the filing of the Joint Status Report, the parties have engaged in settlement talks and have exchanged drafts of a written term sheet.  Although there are still areas of disagreement, the parties have advanced discussions considerably and anticipate that a resolution may be possible without further litigation.  Resolution without further use of the Court's resources would appear to be good cause to further extend the time for Defendants to respond to Plaintiff's First Amended Complaint.

**STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**          1

1  Wherefore, pursuant to Local Rule 144, the parties hereby stipulate, through undersigned counsel of record, to an extension of approximately sixty (60) days for Defendants to respond to Plaintiff's First Amended Complaint up to and including April 8, 2014.  This should permit the parties sufficient time to either resolve the matter, or to determine that resolution is impractical and to move forward with litigation.  No other dates in the Scheduling Order need be extended or modified to accommodate this extension.

Respectfully submitted,

DATED:  February 19, 2014

          By     */s/ Paul S. Weiland*
                   Attorney for Plaintiff


          BENJAMIN B. WAGNER
          United States Attorney

          By:    */s/ Gregory T. Broderick*
                  GREGORY T. BRODERICK
                  Assistant United States Attorney

**IT IS SO ORDERED**.

Dated: February 25, 2014

> _____
> GARLAND E. BURRELL, JR.
> Senior United States District Judge