1  BENJAMIN B. WAGNER
   United States Attorney
2  GREGORY T. BRODERICK
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900
5
   Attorneys for Defendants
6

7               IN THE UNITED STATES DISTRICT COURT

8                  EASTERN DISTRICT OF CALIFORNIA

9  DENNIS D. MURPHY                    CASE NO.  13-cv-02315-GEB-AC

10              Plaintiff,              STIPULATION AND [PROPOSED]
        v.                              ORDER FOR EXTENSION OF TIME TO
11 UNITED STATES FOREST SERVICE;        RESPOND TO COMPLAINT
   TOM TIDWELL, in his official capacity as
12 Chief of the United States Forest Service;
   and NANCY J. GIBSON, in her official
13 capacity as Forest Supervisor of the United
   States Forest Service,
14
                Defendants
15

16      The parties seek an order from this Court extending the time for the United States to respond to

17 Plaintiff's First Amended Complaint so that the parties may continue to negotiate and prepare the terms

18 of a draft settlement agreement fully resolving the case.

19      Plaintiff served its Complaint in this matter on November 13, 2013.  Pursuant to Federal Rule of

20 Civil Procedure 4(i), Defendants' responsive pleading was due on January 13, 2014.  The parties

21 stipulated to an extension of 15 days, up to and including January 28, 2014, for Defendants to respond.

22 In submitting the Joint Status Report, Plaintiff indicated that he would amend their Complaint to add

23 claims, and filed a First Amended Complaint on February 6, 2014.  (Dkt. No. 13)  Defendants' response

24 is presently due on or about February 20, 2014.  The Court entered a Scheduling Order in this matter

25 requiring Plaintiff to file a motion for summary judgment on or before September 22, 2014, and

26 Defendants' to file any cross-motion by October 20, 2014.  (Dkt. No. 14).

27      After filing of the Joint Status Report, the parties engaged in settlement talks and exchanged

28 drafts of a written term sheet.  This Court then granted a further extension up to and including April 8,

**STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**    1

2014.  (*See* Dkt. No. 21.)  On that date, the parties sought, and the Court later approved, a further extension to April 25, 2014.  (*See* Dkt. Nos. 22-23.)  Although there are still areas where precise language must be agreed-upon, the parties have exchanged "red-line" settlement drafts and are negotiating language on agreed-upon concepts; thus, they continue to anticipate that resolution is probable without further litigation.  Resolution without further use of the Court's resources would appear to be good cause to further extend the time for Defendants to respond to Plaintiff's First Amended Complaint.

     Wherefore, pursuant to Local Rule 144, the parties hereby stipulate, through undersigned counsel of record, to an extension of seventeen (17) days for Defendants to respond to Plaintiff's First Amended Complaint up to and including May 12, 2014.  This should permit the parties sufficient time to finalize a written agreement or to determine that resolution is impractical at this time, and to move forward with litigation.  No other dates in the Scheduling Order need be extended or modified to accommodate this extension.

Respectfully submitted,

DATED:  April 25, 2014

By     */s/ Paul S. Weiland*
       Attorney for Plaintiff

BENJAMIN B. WAGNER
United States Attorney

By:    */s/ Gregory T. Broderick*
       GREGORY T. BRODERICK
       Assistant United States Attorney

1 | **IT IS SO ORDERED**.

3 | Dated:  April 25, 2014

```
                                        _____
                                        GARLAND E. BURRELL, JR.
                                        Senior United States District Judge
```