BENJAMIN B. WAGNER
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| DENNIS D. MURPHY, | CASE NO. 13-cv-02315-GEB-AC |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| v. | |
| UNITED STATES FOREST SERVICE; TOM TIDWELL, in his official capacity as Chief of the United States Forest Service; and NANCY J. GIBSON, in her official capacity as Forest Supervisor of the United States Forest Service, | |
| Defendants | |

The parties seek an order from this Court further extending the time for the United States to respond to Plaintiff's First Amended Complaint so that the parties may continue to negotiate and prepare the terms of a draft settlement agreement fully resolving the case.

Plaintiff served its Complaint in this matter on November 13, 2013.  Pursuant to Federal Rule of Civil Procedure 4(i), Defendants' responsive pleading was due on January 13, 2014.  The parties stipulated to an extension of 15 days, up to and including January 28, 2014, for Defendants to respond. In submitting the Joint Status Report, Plaintiff indicated that he would amend their Complaint to add claims, and filed a First Amended Complaint on February 6, 2014.  (Dkt. No. 13)  Defendants' response is presently due on or about February 20, 2014.  The Court entered a Scheduling Order in this matter requiring Plaintiff to file a motion for summary judgment on or before September 22, 2014, and Defendants' to file any cross-motion by October 20, 2014.  (Dkt. No. 14).

After filing of the Joint Status Report, the parties engaged in settlement talks and exchanged drafts of a written term sheet.  This Court then granted a further extension up to and including April 8,

**STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**     1

2014.  (*See* Dkt. No. 21.)  On that date, the parties sought, and the Court later approved, a further extension to April 25, 2014.  (*See* Dkt. Nos. 22-23.)  The Court later approved a further extension to May 12, 2014.  (Dkt. No. 25).

The parties are down to negotiating the language of the last few terms to the proposed settlement agreement.  Given the Forest Service's commitment not to cut trees before Labor Day, as well as the fact that the parties are closing in on a final agreement, they propose a further extension of sixteen (16) days, up to and including May 28, 2014, for Defendants to respond to Plaintiff's First Amended Complaint.  No other dates in the Scheduling Order need be extended or modified to accommodate this extension.

Respectfully submitted,

DATED:  May 12, 2014

By      */s/ Paul S. Weiland*  
       Attorney for Plaintiff

BENJAMIN B. WAGNER  
United States Attorney

By:     */s/ Gregory T. Broderick*  
       GREGORY T. BRODERICK  
       Assistant United States Attorney

1  **IT IS SO ORDERED**.

3  Dated:  May 15, 2014

```
                                  _____
                                  GARLAND E. BURRELL, JR.
                                  Senior United States District Judge
```

STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT     3