NOSSAMAN LLP
PAUL S. WEILAND (CA 237058)
pweiland@nossaman.com
18101 Von Karman Avenue, Suite 1800
Irvine, CA 92612
Telephone: 949.833.7800
Facsimile: 949.833.7878

Attorneys for Plaintiff
Dennis D. Murphy, Ph.D.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS D. MURPHY, PH.D. | Case No: 2:13-cv-02315-GEB-AC |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER** |
| UNITED STATES FOREST SERVICE; THOMAS TIDWELL, in his official capacity as Chief of the United States Forest Service; NANCY J. GIBSON, in her official capacity as Forester of the United States Forest Service; UNITED STATES FISH AND WILDLIFE SERVICE; DANIEL ASHE, in his official capacity as direct of the United States Fish and Wildlife Service | Date Action Filed:   November 6, 2013 |
| Defendants. | |

Plaintiff served his Complaint in this matter on November 13, 2013.  Pursuant to Federal Rule of Civil Procedure 4(i), Defendants' responsive pleading was due on January 13, 2014.  The parties stipulated to an extension of 15 days, up to and including January 28, 2014, for Defendants to respond.  In submitting the Joint Scheduling Report, Plaintiff indicated that he would amend his Complaint to add claims, and filed a First Amended Complaint on February 6, 2014.  (Dkt. No. 13)  The Court entered a Scheduling Order in this matter on January 28, 2014.  (Dkt. No. 14).

Since the filing of the Joint Scheduling Report, the parties engaged in settlement talks and exchanged drafts of (i) a written term sheet then (ii) a proposed settlement agreement.  The parties sought and the Court granted multiple extensions in an effort to seek resolution of the matter without further litigation.  Most recently, in a stipulation dated May 12, 2014, the parties stated that they "are down to negotiating the language of the last few terms to the proposed settlement agreement."  (Dkt. No. 26)    Unfortunately, the parties were unable to reach agreement.

In light of these developments, as well as other considerations described below, the parties respectfully seek an order from this Court as follows.

I. **AMENDMENTS**

On May 2, 2014, Plaintiff sent a 60-day notice of intent to sue to the Chief of the United States Forest Service and the Secretary of the Department of the Interior alleging violations of the Endangered Species Act.  Plaintiff sent the notice of intent following the issuance of a final rule listing the Sierra Nevada yellow-legged frog as endangered on April 29, 2014.  In light of the foregoing, Plaintiff anticipates, and Defendants stipulate to, the filing of a second amended complaint not later than July 11, 2014, pursuant to Fed. R. Civ. P. 15(a)(2).

II. **UPCOMING MOTIONS**

    A. **Motion to dismiss**

Defendants anticipate filing a motion to dismiss.  Rather than file with respect to the First Amended Complaint, Defendants request, and Plaintiff stipulates to, an extension of time to file a responsive pleading to the anticipated Second Amended Complaint as follows:

| | | |
|---|---|---|
| 1 | Defendants' motion | July 21, 2014 |
| 2 | Plaintiff's opposition | August 8, 2014 |
| 3 | Defendants' reply | August 18, 2014 |
| 4 | Hearing date | August 25, 2014 |

### B. Motion for preliminary relief

Plaintiff anticipates filing a motion for preliminary relief. Defendants ceased work on the challenged project in November 2013 due to weather, and will not cut additional trees before September 1, 2014, as previously represented to this Court. (*See* Dkt. No. 26.) In order to allow the Court to decide the motion before Defendants plan to commence the second phase of the project and cut additional trees, Plaintiff and Defendants stipulate to the following schedule for Plaintiff's motion for preliminary relief:

| | | |
|---|---|---|
| 12 | Plaintiff's motion | July 21, 2014 |
| 13 | Defendants' opposition | August 8, 2014 |
| 14 | Plaintiff's reply | August 18, 2014 |
| 15 | Hearing date | August 25, 2014 |

### III. FURTHER STATUS REPORT

The parties propose vacating the motion hearing schedule set out in the Court's prior Status Order (Dkt. No. 14) and, instead, filing a joint status report on October 1, 2014, regarding further proceedings, in the event the matter is not resolved as of that time. A status conference is scheduled for October 27, 2014, at 9:00 a.m.

Respectfully submitted,

DATED: May 28, 2014				NOSSAMAN LLP

					By	*/s/ Paul S. Weiland*
						Attorney for Plaintiff


						BENJAMIN B. WAGNER
						United States Attorney


					By:	*/s/ Gregory T. Broderick (as authorized on May 28, 2014)*
						GREGORY T. BRODERICK
						Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: MAY 28, 2014

						_____
						GARLAND E. BURRELL, JR.
						Senior United States District Judge