BENJAMIN B. WAGNER
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS D. MURPHY<br><br>             Plaintiff,<br>     v.<br><br>UNITED STATES FOREST SERVICE;<br>TOM TIDWELL, in his official capacity as<br>Chief of the United States Forest Service;<br>and NANCY J. GIBSON, in her official<br>capacity as Forest Supervisor of the United<br>States Forest Service,<br><br>             Defendants | CASE NO.  13-cv-02315-GEB-AC<br><br>**STIPULATION AND [PROPOSED]<br>ORDER FOR EXTENSION OF TIME TO<br>RESPOND TO COMPLAINT and TO<br>ALTER BRIEFING SCHEDULE.** |

The parties seek an order from this Court further extending the time for the United States to respond to Plaintiff's First Amended Complaint, and to amend the briefing schedule previously entered by the Court so that the parties may continue to narrow, or possibly resolve, this dispute.

Plaintiff served its Complaint in this matter on November 13, 2013.  Pursuant to Federal Rule of Civil Procedure 4(i), Defendants' responsive pleading was due on January 13, 2014.  The parties stipulated to an extension of 15 days, up to and including January 28, 2014, for Defendants to respond. In submitting the Joint Status Report, Plaintiff indicated that he would amend their Complaint to add claims, and filed a Second Amended Complaint with additional claims alleging violations of the Endangered Species Act (ESA) and National Environmental Policy Act (NEPA) on February 6, 2014. (Dkt. No. 13)  After filing of the Joint Status Report, the parties engaged in settlement talks and exchanged drafts of a written term sheet.  This Court then granted a further extension up to and including April 8, 2014.  (*See* Dkt. No. 21.)  On that date, the parties sought, and the Court later

**STIPULATION AND PROPOSED ORDER TO EXTEND TIME AND ALTER BRIEFING SCHEDULE**                              1

approved, a further extension to April 25, 2014.  (*See* Dkt. Nos. 22-23.)  The Court later approved a further extension to May 12, 2014, and then to May 28, 2014.  (Dkt. Nos. 25 & 27).

During this time, Plaintiff sent a second ESA "60-day notice letter" to Defendants.  Among other things, Plaintiff's notice letter complains that the United States Forest Service did not consult with the United States Fish and Wildlife Service regarding the alleged effects of the project on the Sierra Nevada Yellow-Legged Frog when the species was listed as endangered.  Settlement efforts were ultimately unsuccessful, and the parties entered a stipulation regarding a briefing schedule for Defendants' motion to dismiss and for Plaintiff's preliminary injunction motion, which this Court approved on May 28, 2014.  (Dkt. No. 28).  The current schedule is as follows:

- Defendants' responsive pleading            July 21, 2014
- Plaintiff's motion for preliminary injunction:   July 21, 2014
- The parties' respective oppositions:         August 8, 2014
- The parties' respective replies:             August 18, 2014
- Hearing on both motions:                  August 25, 2014

On July 8, 2014, Plaintiff filed a Second Amended Complaint, asserting new claims, including claims based on its second ESA 60-day notice letter.

The Forest Service is in the process of making a decision whether to consult with the Fish and Wildlife Service regarding the effects of the project on the frog.  The Forest Service expects to complete this decision-making process by August 1, 2014, and may take a variety of actions depending on the decision made.  This could include continuing the project as-is, altering the project, further study, or other options.  Such actions could render unnecessary any preliminary injunction motion, lead to complete resolution of the case, or have no effect on the litigation.  But, under the present schedule, this will not be known until the middle of the briefing schedule.

The parties do not believe that it would be wise to use their resources and the Court's limited resources on a motion to dismiss and a preliminary injunction motion when circumstances are likely to change mid-briefing and in light of the fact that the Forest Service has agreed not to take further on-the-ground action on the project through at least October 15, 2014.  As a consequence, the parties

**STIPULATION AND PROPOSED ORDER TO EXTEND TIME AND ALTER BRIEFING SCHEDULE**            2

agree that it would be judicious to amend the briefing schedule as set forth below.  Therefore, the parties hereby stipulate to modify the briefing schedule as follows:

- Defendants' responsive pleading         August 11, 2014
- Plaintiff's motion for preliminary injunction:   August 11, 2014
- The parties' respective oppositions:      August 27, 2014
- The parties' respective replies:        September 9, 2014
- Hearing on both motions:           September 22, 2014

In addition, the Forest Service will make every effort to provide the complete Administrative Record to Plaintiff by August 8, 2014.

This schedule will permit the Forest Service time to complete its decision-making process and to initiate consultation with the Fish and Wildlife Service, if it decides to do so.  Alternatively, if no such consultation is initiated, this schedule will permit the parties and the Court to brief the motion to dismiss and the preliminary injunction on a reasonable time frame, and to permit time for the matter to be decided before operations re-commence no sooner than October 15, 2014.

Respectfully submitted,

DATED:  July 21, 2014

By      */s/ Paul S. Weiland*
      Attorney for Plaintiff

BENJAMIN B. WAGNER
United States Attorney

By:    */s/ Gregory T. Broderick*
      GREGORY T. BRODERICK
      Assistant United States Attorney

1 | **IT IS SO ORDERED**.

3 | Dated:  July 21, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

**STIPULATION AND PROPOSED ORDER TO EXTEND TIME AND ALTER BRIEFING SCHEDULE**     4