NOSSAMAN LLP
PAUL S. WEILAND (CA 237058)
pweiland@nossaman.com
18101 Von Karman Avenue, Suite 1800
Irvine, CA 92612
Telephone: 949.833.7800
Facsimile: 949.833.7878

Attorneys for Plaintiff
Dennis D. Murphy, Ph.D.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS D. MURPHY, PH.D.<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE; THOMAS TIDWELL, in his official capacity as Chief of THE UNITED STATES FOREST SERVICE; NANCY J. GIBSON, in her official capacity as Forester of THE UNITED STATES FOREST SERVICE,<br><br>Defendants. | Case No: 2:13-cv-02315-GEB-AC<br><br>**STIPULATION OF DISMISSAL OF CLAIMS 5-7 AND [PROPOSED] ORDER RE COURT'S RETENTION OF JURISDICTION**<br><br>Date Action Filed:  November 6, 2013 |

1     WHEREAS, Plaintiff served its Complaint in this matter on November 13, 2013;

2     WHEREAS, Plaintiff filed a First Amended Complaint (Dkt. No. 15) on February 6, 2014;

4     WHEREAS, Plaintiff filed a Second Amended Complaint (Dkt. No. 30) on July 8, 2014;

5     WHEREAS, Claims 5-7 in the Second Amended Complaint allege violations of the Endangered Species Act, 16 U.S.C. 1531 et seq.;

7     WHEREAS, Plaintiff's fifth claim for relief against the U.S. Forest Service alleges that implementation of the Project's second phase during consultation constitutes an irreversible and irretrievable commitment of resources in violation of section 7(d) of the Endangered Species Act;

10     WHEREAS, Plaintiff's sixth claim for relief against the U.S. Forest Service alleges that implementation of the Project's second phase "may affect" the endangered Sierra Nevada yellow-legged frog and/or its habitat, thereby obligating the Forest Service to consult with the U.S. Fish and Wildlife Service under section 7(a)(2) of the Endangered Species Act prior to implementing the Project's second phase;

15     WHEREAS, Plaintiff's seventh claim for relief against the U.S. Forest Service alleges that if the Forest Service implements the Project's second phase without consulting with the U.S. Fish and Wildlife Service, the Forest Service will "take" the endangered Sierra Nevada yellow-legged frog and/or adversely modify its critical habitat in violation of section 9 of the Endangered Species Act;

20     WHEREAS, Plaintiff's prayed for the U.S. Forest Service to, among other things, enjoin any further implementation of the Project until the Forest Service remedies the above-described Endangered Species Act violations;

23     WHEREAS, following filing of the Second Amended Complaint, the parties filed a stipulated order (Dkt. No. 34) on August 5, 2014, and this Court signed the order (Dkt. No. 35) on August 6, 2014;

26     WHEREAS, the stipulated order informed the Court that the Forest Service has "determined that it will consult with the Fish and Wildlife Service regarding potential impacts to the frog, and has resolved to take no further on-the-ground activities on the project until

consultation is complete and, in any event, no on-the-ground activities in 2014." (Dkt. No. 34 at 2:12-15); and

WHEREAS, Plaintiff's current Endangered Species Act claims are now moot.

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their counsel as follows:

1. Claims 5-7 in the Second Amended Complaint in the above captioned action are dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a).

2. Plaintiff reserves the right to seek an award of costs of litigation pursuant to section 11 of the ESA and applicable case law.

3. Defendants reserve the right to contest whether Plaintiff is eligible for an award of costs of litigation and, if so, to what extent.

4. The Court retains jurisdiction both with respect to Plaintiff's remaining claims and, to the extent necessary, in order to resolve a dispute regarding an award of costs of litigation.

DATED: August 8, 2014

Respectfully submitted,
NOSSAMAN LLP

By   */s/ Paul S. Weiland*
Attorney for Plaintiff

BENJAMIN B. WAGNER
United States Attorney

By:   */s/ Gregory T. Broderick*
GREGORY T. BRODERICK
Assistant United States Attorney
*(as authorized on August 7, 2014)*

1  **IT IS SO ORDERED.**

2

3  Dated:  August 8, 2014

4

5

6  _____
7  GARLAND E. BURRELL, JR.
   Senior United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28