UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS D. MURPHY, PH.D,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES FOREST SERVICE; THOMAS TIDWELL, in his official capacity as Chief of the United States Forest Service; and NANCY J. GIBSON, in her official capacity as Forest Supervisor of the United States Forest Service,<br><br>　　　　Defendants. | No.  2:13-cv-02315-GEB-AC<br><br>**STATUS (PRETRIAL SCHEDULING) ORDER** |

The status (pretrial scheduling) conference scheduled for hearing on May 4, 2015, is vacated since the parties' Joint Status Report filed on April 20, 2015 ("JSR") indicates the following Order should issue.

<u>SERVICE, JOINDER OF ADDITIONAL PARTIES, AMENDMENT</u>

No further service, joinder of parties or amendments to pleadings is permitted, except with leave of Court for good cause shown.

<u>CROSS MOTIONS FOR SUMMARY JUDGMENT</u>

The parties state in the JSR that they "anticipate filing cross motions for summary judgment following the close of discovery[, and] . . . agree to the following schedule for such

1

motions: Plaintiff's Motion December 10, 2015[;] Defendants' Opposition and Cross Motion January 7, 2015[;] Plaintiff's Opposition and Reply January 28, 2016[;] and Defendants' Reply February 15, 2016." (Id. at 2:10-15.)

The parties' proposed briefing schedule for their cross motions for summary judgment is adopted. Those motions shall be noticed for hearing at 9:00 a.m. on March 7, 2016.

### FURTHER STATUS CONFERENCE

In the event the referenced Cross Motions do not dispose of the case in its entirety, a further status conference is scheduled to commence at 9:00 a.m. on June 13, 2016. A joint status report shall be filed fourteen (14) days before the status conference, in which the parties shall address all pertinent subjects set forth in Local Rule 240(a).

IT IS SO ORDERED.

Dated: April 28, 2015

GARLAND E. BURRELL, JR.
Senior United States District Judge

2