BENJAMIN B. WAGNER
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS D. MURPHY<br><br>        Plaintiff,<br>   v.<br><br>UNITED STATES FOREST SERVICE;<br>TOM TIDWELL, in his official capacity as<br>Chief of the United States Forest Service;<br>and NANCY J. GIBSON, in her official<br>capacity as Forest Supervisor of the United<br>States Forest Service,<br><br>        Defendants | CASE NO. 13-cv-02315-GEB-AC<br><br>**STIPULATION AND ]**<br>**ORDER TO CONTINUE BRIEFING**<br>**SCHEDULE ON SUMMARY**<br>**JUDGMENT** |

     The parties seek an order from this Court continuing the briefing schedule by approximately two weeks. Plaintiff filed his motion for summary judgment on December 8, 2015, in accordance with the Court's previously adopted briefing schedule. (Dkt. No. 67). Pursuant to the current briefing schedule, the United States' opposition to that motion, and any cross-motion, are due January 7, 2015, Plaintiff's Opposition and Reply are due January 28, 2016, and Defendants' Reply is due February 15, 2016. *See* Status Order, Dkt. No. 58. The hearing is set for March 7, 2016, at 9 a.m. Since Plaintiff's motion was filed, counsel for the United States was unexpectedly set for trial before Judge England, and also learned that key Forest Service personnel would be unavailable during the final two weeks of the year to assist with the opposition to Plaintiff's motion and preparation of the United States' own motion. Their assistance is necessary in this matter, which involves a challenge to an administrative decision regarding matters that include technical/scientific expertise.

     The parties commit to act diligently, both to narrow the disputes and to present the Court with the most helpful papers on the issues that are in dispute. In order to further those aims and to efficiently

resolve this matter, the parties hereby stipulate as follows:

1. That the date for the Defendants opposition and any cross-motion be continued by two weeks, up to and including January 21, 2016;

2. That Plaintiff's Opposition and reply be continued to February 11, 2016;

3. That the United States' reply on any cross motion be continued to February 29, 2016;

4. That the hearing on Plaintiff's motion, and any cross-motion, be continued to March 21, 2016, at 9 a.m., if that date is available and convenient for the Court.  If not, the parties propose that the matter be heard on the first date that the Court is available thereafter.

In addition, there have been lingering discovery disputes that the parties are working to resolve informally.  To that end, Defendants will also agree to present Plaintiff's with a privilege log by February 10, 2016.

The parties submit that this schedule will permit them to brief this matter in a manner that will be more useful to the Court and aid its decision-making process in this case.  In addition, there is virtually no risk of a material change in circumstances in the meantime, because the authorization for the challenged project has been withdrawn, and there have been no on-the-ground activities for more than one year.  There is thus good cause for the continuance, and the Court should grant it.

Respectfully submitted,

DATED:  December 31, 2015

By      */s/ Paul S. Weiland*  (auth. 12/31/2015)
Attorney for Plaintiff

BENJAMIN B. WAGNER
United States Attorney

By:      */s/ Gregory T. Broderick*
GREGORY T. BRODERICK
Assistant United States Attorney

**IT IS SO ORDERED**.

Dated:  January 4, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge