BENJAMIN B. WAGNER
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS D. MURPHY,<br><br>        Plaintiff,<br>  v.<br><br>UNITED STATES FOREST SERVICE; TOM TIDWELL, in his official capacity as Chief of the United States Forest Service; and NANCY J. GIBSON, in her official capacity as Forest Supervisor of the United States Forest Service,<br><br>        Defendants | CASE NO.  13-cv-02315-TLN-AC<br><br>**JOINT STATUS REPORT AND STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE ON SUMMARY JUDGMENT** |

The parties note for the Court, in light of the fact that this matter was recently re-assigned (Dkt. No. 72), that pending are a fully briefed motion to supplement (Dkt. Nos. 60, 63, and 64) and motion to dismiss (Dkt. Nos. 61, 62, and 65).  Further, because counsel for the United States will be in trial January 25 through February 3, 2016, and in consideration of the fact that the Court recently reset hearing on the cross motions for summary judgment (Dkt. No. 73), the parties hereby stipulate to, and seek an order from this Court, continuing the briefing schedule on the pending motions for summary judgment as set forth below.

| **Event** | **Current Date** | **Proposed Date** |
|---|---|---|
| Defendants' Opposition and Cross-Motion | January 21, 2016 | February 8, 2016 |
| Plaintiff's Reply and Opposition | February 11, 2016 | March 7, 2016 |
| Defendants' Reply | February 29, 2016 | March 17, 2016 |

The parties do not propose any change in the current hearing date of March 24, 2016, at 2 p.m.

**STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE**  1

The parties further note that the Forest Service halted the Project some time ago (though there is a dispute regarding the ongoing environmental impacts of previously implemented Project actions) and authorization for the challenged Project has been withdrawn.  There is thus good cause for the continuance, and the Court should grant it.

Respectfully submitted,

DATED:  January 19, 2016

By      */s/ Paul S. Weiland*  (auth. Jan. 16, 2016)
Attorney for Plaintiff

BENJAMIN B. WAGNER
United States Attorney

By:     */s/ Gregory T. Broderick*
GREGORY T. BRODERICK
Assistant United States Attorney

**STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE**  2

1 **IT IS SO ORDERED**.

3 Date: January 19, 2016

Troy L. Nunley
United States District Judge