BENJAMIN B. WAGNER
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| DENNIS D. MURPHY, Plaintiff, v. UNITED STATES FOREST SERVICE; TOM TIDWELL, in his official capacity as Chief of the United States Forest Service; and NANCY J. GIBSON, in her official capacity as Forest Supervisor of the United States Forest Service, Defendants | CASE NO.  13-cv-02315-TLN-AC **STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE ON SUMMARY JUDGMENT** |
|---|---|

The parties have identified a new and substantial possibility for resolution.  However, they cannot dedicate time to both exploring this new resolution and to the current summary judgment briefing schedule.  Therefore, the parties hereby stipulate to, and seek an order from this Court, continuing the briefing schedule on the pending motions for summary judgment as set forth below.

| **Event** | **Current Date** | **Proposed Date** |
|---|---|---|
| Defendants' Opposition and Cross-Motion | February 8, 2016 | February 22, 2016 |
| Plaintiff's Reply and Opposition | March 7, 2016 | March 21, 2016 |
| Defendants' Reply | March 17, 2016 | April 1, 2016 |

The parties also stipulate to, and propose continuing the current hearing date of March 24, 2016, at 2 p.m. to April 7, 2016, at 2 p.m.

The parties further note that the Forest Service halted the Project some time ago (though there is a dispute regarding the ongoing environmental impacts of previously implemented Project actions) and

**STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE**                                                                     1

1  authorization for the challenged Project has been withdrawn.  There is thus good cause for the

2  continuance, and the Court should grant it.

3  Respectfully submitted,

4  DATED:  February 3, 2016

5                                    By    */s/ Paul S. Weiland*  (auth. Feb 3, 2016)
                                                              Attorney for Plaintiff

6

7                                    BENJAMIN B. WAGNER
                                   United States Attorney

8                               By:    */s/ Gregory T. Broderick*
                                                       GREGORY T. BRODERICK

9                                                        Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   **IT IS SO ORDERED**.

3   Dated: February 4, 2016

Troy L. Nunley
United States District Judge