BENJAMIN B. WAGNER
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS D. MURPHY<br><br>　　　　Plaintiff,<br>　　v.<br><br>UNITED STATES FOREST SERVICE; TOM TIDWELL, in his official capacity as Chief of the United States Forest Service; and NANCY J. GIBSON, in her official capacity as Forest Supervisor of the United States Forest Service,<br><br>　　　　Defendants | CASE NO.  13-cv-02315-TLN-AC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME** |

　　　　To further promote the parties' efforts toward resolution, and in the interest of judicial economy, the parties hereby stipulate and propose that the due date for Defendants' opposition and cross-motion be continued to February 25, 2016. All other dates remain unchanged. Resolution, if achievable, will save the parties and the Court significant resources, and there is thus good cause for this brief continuance.

Respectfully submitted,

DATED:  February 19, 2016

　　　　　　　　　　　　　　　　　　　　　By　　  /s/ Paul S. Weiland  (auth. 2/19/16)
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

　　　　　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　By:　   /s/ Gregory T. Broderick
　　　　　　　　　　　　　　　　　　　　　　　　GREGORY T. BRODERICK
　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

1  **IT IS SO ORDERED**.

3  Dated: February 23, 2016

_____
Troy L. Nunley
United States District Judge