BENJAMIN B. WAGNER
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DENNIS D. MURPHY, | CASE NO. 13-cv-02315-TLN-AC |
|---|---|
| Plaintiff, | **REVISED AND SUPERSEDING STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE ON SUMMARY JUDGMENT** |
| v. | |
| UNITED STATES FOREST SERVICE; TOM TIDWELL, in his official capacity as Chief of the United States Forest Service; and NANCY J. GIBSON, in her official capacity as Forest Supervisor of the United States Forest Service, | |
| Defendants | |

The parties have continued attempts at resolution and are down to two key terms, and request a continuance in the hearing date and briefing schedule regarding the pending motion for summary judgment so that they may continue to attempt resolution.  This stipulation and proposed order supersedes and is meant to replace the stipulation and proposed order lodged Friday, February 19, 2016, and reflects further communications of the parties today.  Thus, the parties hereby stipulate to, and seek an order from this Court, continuing the briefing schedule as follows.

| **Event** | **Current Date** | **Proposed Date** |
|---|---|---|
| Defendants' Opposition and Cross-Motion | February 22, 2016 | March 8, 2016 |
| Plaintiff's Reply and Opposition | March 21, 2016 | April 4, 2016 |
| Defendants' Reply | April 1, 2016 | April 14, 2016 |

The parties also stipulate to, and propose continuing the current hearing date of April 7, 2016, at 2 p.m., to April 21, 2016, at 2 p.m.

**STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE**                                      1

The parties further note that the Forest Service halted the Project some time ago (though there is a dispute regarding the ongoing environmental impacts of previously implemented Project actions) and authorization for the challenged Project has been withdrawn.  There is thus good cause for the continuance, and the Court should grant it.

Respectfully submitted,

DATED:  February 22, 2016

By      */s/ Paul S. Weiland*  (auth. Feb 22, 2016)
Attorney for Plaintiff

BENJAMIN B. WAGNER
United States Attorney

By:     */s/ Gregory T. Broderick*
GREGORY T. BRODERICK
Assistant United States Attorney

**STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE**                                                   2

1  **IT IS SO ORDERED**.

3  Dated: February 23, 2016

                                                                          _____
                                                                          Troy L. Nunley
                                                                          United States District Judge