1  BENJAMIN B. WAGNER
   United States Attorney
2  GREGORY T. BRODERICK
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900
5
   Attorneys for Defendants
6

7              IN THE UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

9  DENNIS D. MURPHY                    CASE NO.  13-cv-02315-TLN-AC

10              Plaintiff,             **STIPULATION AND ORDER FOR 30-
                                       DAY STAY TO CONCLUDE
       v.                             SETTLEMENT EFFORTS**
11
    UNITED STATES FOREST SERVICE;
12  TOM TIDWELL, in his official capacity as
    Chief of the United States Forest Service;
13  and NANCY J. GIBSON, in her official
    capacity as Forest Supervisor of the United
14  States Forest Service,

                Defendants
15

16        For some time, the parties have been actively engaged in settlement efforts.  It now appears that

17  the parties are close to reaching resolution, and they wish to dedicate their efforts to reaching an

18  agreement in the next 30 days, rather than responding to the pending summary judgment motions.

19  Therefore, the parties hereby stipulate to, and seek an order from this Court, to

20        1.   Vacate the April 21, 2016, hearing date for the pending motion for summary judgment;

21        2.   Stay this case for 30 days, up to and including April 4, 2016, so that the parties can reach a

22             resolution in this matter; and

23        3.   Provide for a status report to be filed on or before April 1, 2016, advising the Court of the

24             status of the case.

25  If the parties are unable to conclude the matter within the time period, they shall advise the Court of

26  their proposal going forward, which would likely include a new hearing date and briefing schedule on

27  the pending motion, as well as other deadlines.  If the parties reach an agreement in principle, they will

28  so advise the Court in keeping with the provisions of Local Rule 160.

**STIPULATION AND ORDER RE STAY**                                          1

The parties further note that the Forest Service halted the project some time ago (though there is a dispute regarding the ongoing environmental impacts of previously implemented Project actions), and authorization for the challenged Project has been withdrawn.  There is thus good cause for the continuance, and the Court should grant it.

Respectfully submitted,

DATED:  March 3, 2016

By      /s/ Paul S. Weiland  (auth. March 3, 2016)
        Attorney for Plaintiff

        BENJAMIN B. WAGNER
        United States Attorney

By:     /s/ Gregory T. Broderick
        GREGORY T. BRODERICK
        Assistant United States Attorney

**IT IS SO ORDERED**.


Dated: March 7, 2016

Troy L. Nunley
United States District Judge