BENJAMIN B. WAGNER
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS D. MURPHY,<br>        Plaintiff,<br>   v.<br>UNITED STATES FOREST SERVICE; TOM TIDWELL, in his official capacity as Chief of the United States Forest Service; and NANCY J. GIBSON, in her official capacity as Forest Supervisor of the United States Forest Service,<br>        Defendants | CASE NO. 13-cv-02315-TLN-AC<br><br>**JOINT STATUS REPORT REGARDING THE STAY OF PROCEEDINGS TO CONCLUDE SETTLEMENT EFFORTS; STIPULATION AND ORDER** |

On April 1, 2016, this Court granted the parties' request to continue the stay of proceedings in this case until April 25, 2016, and directed the parties to submit a further joint status report on or before April 22, 2016.

The parties have continued to make significant progress to resolve this action and believe that they may soon be able to reach a final agreement on all material terms. Therefore, the parties hereby stipulate, subject to approval of the Court, to continue the stay of proceedings for an additional 2 days – from April 25, 2016, to April 27, 2016.

The parties shall provide a status report to the Court on or before April 26, 2016, advising the Court of the status of the case. If the parties are unable to conclude the matter within the time period, they shall advise the Court of their proposal going forward, which would likely include a new hearing date and briefing schedule on the pending motion, as well as other deadlines. If the parties reach an agreement in principle, they will so advise the Court in keeping with the provisions of Local Rule 160.

STATUS REPORT & STIPULATION AND ORDER TO CONTINUE STAY      1

The parties further note that the Forest Service halted the project some time ago (though there is a dispute regarding the ongoing environmental impacts of previously implemented Project actions), and authorization for the challenged Project has been withdrawn. There is thus good cause for the continuance, and the Court should grant it.

Respectfully submitted,

DATED: April 22, 2016

By  */s/ Paul S. Weiland*  (auth. April 22, 2016)
PAUL WEILAND
Attorney for Plaintiff

DATED: April 22, 2016

BENJAMIN B. WAGNER
United States Attorney

By:  */s/ Gregory T. Broderick*
GREGORY T. BRODERICK
Assistant United States Attorney

**STATUS REPORT & STIPULATION AND ORDER TO CONTINUE STAY**   2

1  **IT IS SO ORDERED**.

3  Dated: April 25, 2016

                                                Troy L. Nunley
                                                United States District Judge